Maria ZAVALA–GALLARDO,
Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE,
Respondent.

No. 02–73792.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 26, 2008.*

Filed March 12, 2008.

Frank P. Sprouls, Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Terri J. Scadron, Esq., Anthony W. Norwood, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit. Washington, DC, for Respondent.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Maria Zavala–Gallardo, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' ("BIA") order affirming, without opinion, the Immigration Judge's ("IJ") order denying her application for suspension of deportation. We have jurisdiction under 8 U.S.C. § 1252. Questions of law are reviewed de novo, *see Vasquez–Zavala v. Ashcroft,* 324 F.3d 1105, 1107 (9th Cir.2003), and we deny the petition for review.

Zavala–Gallardo's challenge to the BIA's streamlining procedures is foreclosed by *Falcon Carriche v. Ashcroft,* 350 F.3d 845, 848 (9th Cir.2003).

Zavala–Gallardo's remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED.**

* This disposition is not appropriate for publication and is not precedent except as provided

